**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 121 WAL 2019

                Respondent    :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

          v.    :

                                  :

CHARLES DANIEL LLOYD,    :

                Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.